THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | Yolanda Modacure | ) | CASE NO.: 13-82806-JAC-13 |
| | xxx-xx-0627 | ) | |
| | | ) | CHAPTER: 13 |
| | | ) | |
| | DEBTOR. | ) | |

## AMENDMENT TO PLAN

**COMES NOW,** the Debtor by and through her attorney, Jeffrey B. Irby and moves to amend her Plan, reflecting corrected information, by substituting the attached Plan for the one previously filed.

Respectfully submitted,

/s/: Yolanda Modacure
Yolanda Modacure

/s/: Jeffrey B. Irby
Jeffrey B. Irby
Attorney for Debtor
JEFFREY B. IRBY, P.C.
229 East Side Square
Huntsville, AL 35801
Phone: (256) 517-1505
Fax: (256) 517-1521

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon **Linda Gore, Chapter 13 Trustee and all creditors on the attached matrix,** by depositing a copy of the same in the United States mail properly addressed and first class postage prepaid on this the __27th__ day of __December__ 2013.

/s/: Jeffrey B. Irby
Jeffrey B. Irby

Form Number LR 3015-1 A (07/10)

## Amended Chapter 13 Plan

Case No.: 13-82806

Debtor(s): Yolanda Modacure  SS#: xxx-xx-0627  Net Monthly Earnings: $1659.05

SS#: ___  Number of Dependents: 3

I. Plan Payments:

(___) Debtor(s) proposes to pay a periodic payment of $_____ I weekly I biweekly I semi-monthly **X** monthly into the plan; or

( **X** ) Payroll deduction order: To Willowbrook _____ for $250.00 **X** monthly.

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $15000.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| NA | | | * |

B. Total Attorney Fee: $2250.00 ; $57.00 paid pre-petition; $2193.00 to be paid at confirmation and $_____ per month.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid (check box) | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amt. | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| NA | | I by Trustee  **X** by Debtor | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin: (Month/Year) |
|---|---|---|---|---|---|---|---|---|
| Titlemax | $18.00 | $2011.07 | $2000.00 | $11.07 | 2005 Ford Taurus | 5.25% | $90.00 | * |
| Titlemax | $8.00 | $944.61 | $944.61 | NA | 95 Chevy Suburban | 5.25% | $25.00 | * |
| RFCU | | $2559.50 | $2559.50 | NA | Credit card to be secure status to protect co-debtor | 17.500% | $90.00 | * |
| | | | | | | | | |

III. Other debts (**not shown in 1 or 2 above**) which Debtor(s) proposes to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Titlemax | $1189.00 | $137.00 | 1995 Ford Crown vic | Son pays & drive |

IV. Special Provisions

**X** This is an amended plan replacing plan dated September 11, 2013

**X** This plan proposes to pay unsecured creditors pro rata %.

X Other provisions **1.** All creditors being paid non-plan direct are hereby granted limited relief to continue to send monthly invoice, statements and payment requests to facilitate these monthly maintenance payments.

**2.** Payments by the Trustee-Pursuant to 11 U.S.C. 1326(b), from money received, the Trustee shall first pay 507(a)(2) cost and then the remainder of the attorneys fee. When these costs have been paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims.

**3.** All secured claims shall be paid as noted in Section 1 or until said claim is paid in full. Claims distribution will be subject t modification after bar date review.

**4.** From the Plan payments received, the Trustee shall first pay any administrative costs, except attorney fees. From the remaining balance, the required adequate protection payment(s) shall be paid at the earliest times possible, with the balance going toward paying attorney fees until paid in full. When these cost have been Paid, the Trustee shall pay the properly filed secured claims, then the properly filed priority claims, then any properly filed claims being sub-classed. The remaining monies received by the trustee shall then be distributed pro rata to properly filed unsecured claims. **5.** Filing fee to be paid thru the Plan. **6.** Student loans are to be paid direct, deferred as economic hardship.. **7.** Debtor surrenders Kirby vac to United Consumer for the debt.

Name/Address/Telephone/Attorney for Debtor(s):

Dated: 12/27/2013

Jeffrey B. Irby
229 East Side Sq
Huntsville, AL 35801
256-517-1505 fax 256-517-1521

/s/: Yolanda Modacure
Signature of Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 13-82806-JAC13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Fri Dec 27 15:52:06 CST 2013 | REDSTONE FEDERAL CREDIT UNION<br>220 Wynn Dr<br>HUNTSVILLE, AL 35801 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 | Advance America<br>200 Oakwood Avenue, NE, Ste T<br>Huntsville, AL 35811-1962 | Allian Coll<br>600 W Main St Ste A<br>Tupelo, MS 38804-3733 |
| Always Money fkn The Money Store<br>1803B University Drive<br>Huntsville, AL 35801-5744 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Bioimaging of Huntsville, Inc.<br>528 Madison Street<br>Huntsville, AL 35801-4205 |
| CHECK N GO<br>2207-A UNIVERSITY DRIVE<br>HUNTSVILLE, AL 35816-3331 | CNR Investment<br>451 Lanier Road<br>Madison, AL 35758-1865 | Check N Go<br>700 Pratt Ave<br>Huntsville, AL 35801 |
| Check N Go<br>Collections Department<br>4540 Cooper Rd Ste 305<br>Cincinnati Ohio 45242-5649 | Convergent Outsouring Inc<br>Po Box 9004<br>Renton WA 98057-9004 | Credit & Collection Recovery Services,<br>401 4th Ave<br>Jasper, Al 35501-3705 |
| Credit Central<br>700 E North St Ste 15<br>Greenville, SC 29601-3013 | Credit Collections Svc<br>PO Box 773<br>Needham, MA 02494-0918 | Crestwood Medical Center<br>c/o PASI<br>PO Box 188<br>Brentwood, TN 37024-0188 |
| Emergency Medical Associates<br>Credit & Collection Recovery Svcs<br>401 4th Ave<br>Jasper, AL 35501-3705 | Eye Center<br>401 Meridian Street<br>Huntsville, AL 35801-4720 | First Point Collection Resource<br>225 Commerce Place<br>Greensboro, NC 27401-2426 |
| Fox Collection Center<br>PO Box 528<br>Goodlettsville, TN 37070-0528 | Franklin Collection Sv<br>2978 W Jackson St<br>Tupelo, MS 38801-6731 | Golds Gym<br>7900 Bialey Cove Rd<br>Ste 10<br>Huntsville, AL 35802-3353 |
| Holloway<br>P O Box 27<br>Huntsville, AL 35804-0027 | Huntsville Hosp c/o Franklin Coll Svc<br>PO Box 3910<br>Tupelo, MS 38803-3910 | KIRBY VACUUM<br>1229 PUTNAM DR NW<br>HUNTSVILLE, AL 35810-0000 |
| Kirby<br>865 Bassett Road<br>Westlake OH 44145-1142 | LVNV Funding LLC assignee of<br>MCI Communications Services Inc<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | MHC<br>4040 Memorial Pkwy<br>Huntsville, AL 35802-4364 |

| | | |
|---|---|---|
| Mcb Collection Service/Medical Data Syst<br>2150 15th Ave<br>Vero Beach, FL 32960-3436 | Metaglssl/ Money Power Line of Credit<br>Jackson Hewitt I Power Card<br>PO Box 71402<br>Salt Lake City, UT 84171-0402 | Nadler & Associates<br>2871 Acton Road, Ste 101-A<br>Birmingham, AL 35243-2560 |
| New Horizons Recovery Center<br>4040 South Memorial Parkway<br>Huntsville, Al 35802-4364 | Pay America<br>450 10th Circle North<br>Nashville, TN 37203-3313 | RADIOLOGY OF HUNTSVILLE,PC<br>C/O FOX COLLECTION CENTER<br>PO BOX 528<br>GOODLETTSVILLE, TN 37070-0528 |
| RIVERA FITNESS CENTER<br>7919 US HIGHWAY 72<br>MADISON, AL 35758-0000 | RIVERIA FITNESS CENTER<br>C/O PARAMOUND ACCEPTANCE CORP<br>PO BOX 17317<br>SALT LAKE CITY, UT 84117-0317 | (p)RMB INC<br>COMPLIANCE DEPT<br>409 BEARDEN PARK CIRCLE<br>KNOXVILLE TN 37919-7448 |
| Redstone Fcu<br>220 Wynn Dr Nw<br>Huntsville, AL 35893-0001 | The Eye Center<br>401 Meridian Street, Ste 200<br>Huntsville, AL 35801-4719 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 |
| Titlemax<br>2710 Memorial Parkway SW<br>Huntsville, AL 35801-5631 | United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| United Consumer Financial Services<br>Po Box 856290<br>Louisville, KY 40285-6290 | Jeffrey B. Irby<br>Jeffrey B. Irby, P.C.<br>229 East Side Square<br>Huntsville, AL 35801-8833 | L. B. Gore<br>Interim Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 |
| Yolanda Ann Modacure<br>PO Box 1846<br>Huntsville, AL 35807-0846 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| RMB Inc<br>Po Box 11185<br>Knoxville, TN 37939 | TitleMax of Alabama, Inc. d/b/a TitleMax<br>Lisa Gordon, Cl Sig<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 | (d)TitleMax of Alabama, Inc. d/b/a TitleMax<br>Tiffany Walker<br>15 Bull Street, Suite 200<br>Savannah, GA 31401 |

End of Label Matrix
Mailable recipients    48
Bypassed recipients     0
Total                  48